IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:22 CR 532 SEP |
| DEMETRIUS JOHNSON | ) |
| Defendant. | ) |

## NOTICE OF JOINT SENTENCING RECOMMENDATION

Come now the parties, Defendant Demetrius Johnson, by and through counsel, Eric Selig, Assistant Federal Public Defender, and the United States of America, represented by Assistant United States Attorney Ashley Walker on behalf of the Office of the United States Attorney for the Eastern District of Missouri do hereby inform the Court that the parties have agreed to make a joint sentencing recommendation to the Court.

The parties have agreed to jointly recommend a sentence of **fifty-seven (57)** months of imprisonment in the Bureau of Prisons. This is an amended Joint Recommendation from the recommendation in the Plea Agreement.

In Support of this recommendation the Defendant refers to paragraph 83 which provides the court with Demetrius' Guideline Provisions. That guideline imprisonment range is 46 to 57 months. The Parties agree that Demetrius should not receive a sentence higher than his guideline sentence and have agreed to amend the Joint Recommendation to reflect this.

Additionally, in Support of this recommendation the Defendant refers to paragraph 102 of the Pre-Sentence Report which describes the 18 U.S.C. Sec. 3553(a) factors to be considered which include: "Specifically, Johnson reportedly had a challenging childhood as he was physically abused by his father, witnessed domestic violence by his father against his mother and stepmother, locked in his home by his father as a child with bars on his front door, sexually molested by a cousin, and witnessed neighborhood gun and gang violence. Additionally, Demetrius has substantial history of Opiates and Marijuana use. He would benefit from the RDAP program while in the Federal Bureau of Corrections. Demitrius also requests mental health counselling to help him with the undiagnosed Post Traumatic Stress Disorder symptoms he experiences.

Respectfully submitted,

/s/ Eric Selig
ERIC SELIG 40673 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Eric_Selig@fd.org

ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Courts electronic filing system upon Ashley Walker, Assistant United States Attorney.

/s/ Eric Selig