IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22CR0532 SEP |
| | ) |
| DEMETRIUS JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT NOT TO FILE SUPPLEMENTAL MOTION

COMES NOW Federal Public Defender Nanci H. McCarthy, and states that after reviewing Defendant's pro se motion, his Presentence Investigation Report, and other relevant documents, the undersigned has concluded that Defendant's pro se motion requires no further supplementation from the undersigned and therefore, the undersigned will not be filing anything further on Defendant's behalf.

WHEREFORE, the undersigned states that no supplemental motion is forthcoming.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY, #45443MO
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Nanci_McCarthy@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system the United States Attorney's Office.

/s/Nanci H. McCarthy
NANCI H. MCCARTHY, #45443MO
Federal Public Defender